## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

—————————————————————————
                                                        )
IN RE YASMIN AND YAZ (DROSPIRENONE))        3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND          )
PRODUCTS LIABILITY LITIGATION           )          MDL No. 2100
—————————————————————————          )
                                                        )          ORDER

<u>This Document Relates to:</u>

**Shelia Bennett v. Bayer Corp. et al.**
**No. 3:10-cv-10150-DRH-PMF**

**Gerling v. Bayer Corporation et al.**
**No. 3:09-cv-10026-DRH-PMF**

## <u>ORDER</u>

**HERNDON, Chief Judge:**

Plaintiffs in the above captioned actions have filed motions to vacate (Bennett, Doc. 21; Gerling, Doc. 45) the order of dismissal entered on October 29, 2010 (Bennett, Doc. 20; Gerling, Doc. 44) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12.  Plaintiffs state that they have since submitted a completed Plaintiff Fact Sheet and are now in compliance with the requirements of Case Management Order Number 12 (Bennett, Doc. 21; Gerling, Doc. 45).  Bayer is not opposed to Plaintiffs' motions (Bennett, Doc. 22; Gerling, Doc. 47).  Accordingly, the Court hereby **ORDERS** as follows:

The Order dismissing without prejudice Plaintiff Sheila Bennett's case (Bennett, 3:10-cv-10150 Doc. 20) is **vacated** and Plaintiff's case is thereby **reinstated.**

The Order dismissing without prejudice Plaintiff Carrie Gerling's

case (Gerling, 3:09-cv-10026 Doc. 44) is **vacated** and Plaintiff's case is thereby

**reinstated.**

**SO ORDERED:**

David R.
Herndon
2010.12.10
06:34:33 -06'00'

**Chief Judge**
**United States District Court**          **Date: December 10, 2010**